ACCEPTED
04-14-00824-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/25/2015 4:48:52 PM
KEITH HOTTLE
CLERK

NO. 04-14-00824-CV

* * *

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/25/2015 4:48:52 PM
KEITH E. HOTTLE
Clerk

* * *

ROBERT TYSON, CARL AND KATHY TAYLOR, LINDA AND RON TETRICK, JIM AND NANCY WESCOTT, AND PAUL AND RUTHE WILSON,

Appellants

V.

ROBERT N. FREEMAN II, INDIVIDUALLY AND AS PRINCIPAL OF MEDINA LIVESTOCK SALES COMPANY, LTD; DEMAR BOREN; AND LORENA YEATES,

Appellees

* * *

**MOTION TO EXTEND TIME TO FILE APPELLEES' BRIEF**

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Appellees Demar Boren and Lorena Yeates file this Motion to Extend Time to File Appellees' Brief as follows:

1. Appellees' Brief is due March 26, 2015.

2. Appellees seek an extension to April 27, 2015.

3.    Appellees' counsel is a solo practitioner in Kerrville, Texas. An extension is needed due to conflicts with the day-to-day activities related to counsel's commercial litigation docket.

4.    This is the first request for an extension of time regarding Appellees' Brief.

## PRAYER

Appellees Demar Boren and Lorena Yeates respectfully request that the Motion to Extend be granted and that the Appellee Brief deadline be extended until April 27, 2015.

Respectfully submitted,

STEPHEN B. SCHULTE, P.C.
Main Plaza One
820 Main Street, Suite 100
Kerrville, Texas 78028
Telephone: (830) 258-4222
Facsimile: (830) 715-9292

_____/s/_____
Stephen B. Schulte
State Bar No. 17836500
Attorney for Lorena Yeates

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2015, a true copy of this Motion to Dismiss Appeal Under Rule 42.3 has been served on all counsel of record as follows:

C. Dixon Mosty       Via E-Serve

Carol Boyd       Via E-Serve


_____/s/_____
Stephen B. Schulte